| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JOEL A. ACKERMAN<br>JA 4027<br> XCA 156668-1/cwai<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>Attorneys for Secured Creditor<br>Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A.<br>200 Sheffield Street, Suite 101<br>P.O. Box 1024<br>Mountainside, NJ  07092-0024<br>1-908-233-8500 |
| In Re:<br><br>Lazaro Bacallao aka Lazaro D Bacallao |



Case No.:  11-32586-NLW
Adv. No.:
Hearing Date:  September 19, 2011 @ 9:00am

Judge:  Novalyn L. Winfield

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) this if more than two pages is hereby **ORDERED.**

**DATED: 09/19/2011**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Upon the motion of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for Secured Creditor, Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

  X    Real property more fully described as 322 6th Street, Union City, NJ 07087

_____ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

*Approved by Judge Novalyn L. Winfield September 19, 2011*